1   COOLEY LLP
    Heidi Keefe (178960)
2   (hkeefe@cooley.com)
    Lowell Mead (223989)
3   (lmead@cooley.com)
    Priya B. Viswanath (238089)
4   (pviswanath@cooley.com)
    3175 Hanover Street
5   Palo Alto, California  94304
    Telephone:    (650) 843-5000
6   Facsimile:    (650) 849-7400

7   COOLEY LLP
    Phillip Morton (*Pro Hac Vice*)
8   (pmorton@cooley.com)
    1299 Pennsylvania Avenue
9   NW, Suite 700
    Washington, DC 20004-2400
10  Telephone:  (202) 842-7800
    Facsimile:   (202) 842-7899

11  *Attorneys for Defendant*
    Apple Inc.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17  | COREPHOTONICS, LTD. | Case No. 3:17-cv-06457-JD (lead case) |
    |---|---|
    | Plaintiff, | Case No. 5:18-cv-02555-JD |
    | vs. | **DECLARATION OF LOWELL MEAD IN SUPPORT DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
    | APPLE INC. | |
    | Defendant. | |

Case No. 3:17-cv-06457-JD (lead case)
Case No. 5:18-cv-02555-JD

MEAD DECL. ISO DEF. ADMIN
MOTION TO FILE UNDER SEAL

I, Lowell Mead, declare:

1. I am an attorney with Cooley LLP and counsel in this action for Defendant Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion to File Under Seal.

2. The information sought to be sealed is narrowly tailored:

| Item # | Materials Sought to be Sealed | Sealing Request |
|---|---|---|
| 1 | Motion for Leave to Amend Apple's Answer:<br>• page 3, lines 8-10, 11-26<br>• page 4, lines 1, 2, 3, 5, 11,<br>• page 5, footnote 3<br>• page 7, lines 13-14, 25<br>• page 8, line 8<br>• page 9, line 10 | Narrowly tailored portions of Motion describing highly confidential and sensitive terms and the confidential signatory of the agreement |
| 2 | Exhibit A1, Proposed Amended Answer Case No. 3:17-cv-06457-JD:<br>• page 14, lines 12-13<br>• pages 14-15, lines 21-14<br>• page 15, lines 16, 21, 22, 23-24, 28<br>• page 16, lines 1-2, 3-7, 8, 10-11, 16, 26-27 | Narrowly tailored portions of Proposed Amended Answer describing highly confidential terms and the confidential identity of signatories to the agreement |
| 3 | Exhibit A2, Proposed Amended Answer Case No. 5:18-cv-02555-JD:<br>• page 11, lines 6-7, 15-28<br>• page 12, lines 1-8, 10, 15-18, 22-28<br>• page 13, lines 1-2, 4-5, 10, 20-21 | Narrowly tailored portions of Proposed Amended Answer describing highly confidential terms and the confidential identity of signatories to the agreement |
| 4 | Exhibit D, Email from L. Mead to J. Tsuei, Mar. 13, 2023<br>• page 1, lines 3-5 of ¶ 2 | Narrowly tailored portions of Email from L. Mead to J. Tsuei describing highly confidential agreement and the confidential identity of signatories to the agreement |
| 5 | Exhibit H, Apple's Response to 3d Supp. Damages Contentions<br>• page 4, lines 19-21 | Narrowly tailored portions of Response to Damages Contentions describing highly confidential terms and the confidential identity of signatories to the agreement |
| 6 | Exhibit I, Agreement | Excerpts of highly confidential agreement, including confidential terms of and confidential identities of parties |

3. These materials contain information that was produced as and designated as

"Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. 77), including based on third-party confidentiality.

4. The highly confidential and sensitive materials Apple seeks the Court's permission to file under seal relates to highly confidential information from an agreement entered into by Apple and a third party that is subject to third-party confidentiality obligations. I understand that the existence and the terms of the agreement are highly confidential and reflect sensitive business strategies and discussions.

5. Both compelling reasons and good cause exist to permit Apple to file the narrowly tailored requested information under seal, as public disclosure of this information would harm Apple and the third-party signatory to the agreement at issue, and such information, if revealed to the public, could be misused by competitors and adversaries to harm the signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2023 in Palo Alto, CA.

*/s/ Lowell Mead*
Lowell Mead