RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>                    Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>                    Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**PLAINTIFF COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL:**<br><br>(1) **PORTIONS OF ITS OPPOSITION TO APPLE INC.'S MOTION TO AMEND ANSWER;**<br>(2) **PORTIONS OF DECLARATION OF BRIAN D. LEDAHL IN SUPPORT OF ITS OPPOSITION TO APPLE INC.'S MOTION TO AMEND ANSWER; and**<br>(3) **ENTIRETY OF EXHIBIT 1 TO DECLARATION OF BRIAN D. LEDAHL IN SUPPORT OF ITS OPPOSITION TO APPLE INC.'S MOTION TO AMEND ANSWER** |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff Corephotonics, Ltd. ("Corephotonics") respectfully seeks a narrowly-tailored Order authorizing the sealing of portions of its concurrently filed Opposition to Apple, Inc.'s Motion to Amend Answer and supporting papers, namely:

1. Highlighted portions of Corephotonics' Opposition to Apple Inc.'s Motion to Amend Answer;

2. Highlighted portions of Declaration of Brian D. Ledahl in Support of Corephotonics' Opposition to Apple Inc.'s Motion to Amend Answer; and

3. Entirety of Exhibit 1 to Declaration of Brian D. Ledahl in Support of Corephotonics' Opposition to Apple Inc.'s Motion to Amend Answer.

As set forth in the accompanying Declaration of James S. Tsuei, the highlighted material in Items 1-3 includes confidential information relating to Corephotonics' patent licensing activity. Compelling reasons and good cause exist to permit Corephotonics to file that information under seal, as the public disclosure of that information would pose irreparable harm not only to Corephotonics but also potentially to third parties involved in Corephotonics' licensing activity.

Corephotonics has reviewed and complied with the Court's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5.

For the reasons set forth above, Corephotonics respectfully requests that the Court grant an Order allowing Corephotonics to file the highlighted portions of the above documents under seal.

DATED: November 20, 2023           Respectfully submitted,

                                   RUSS AUGUST & KABAT

|   |   |
|---|---|
| 1 | By: */s/ Marc A. Fenster* |
| 2 | Marc A. Fenster (CA Bar No. 181067)<br>Neil A. Rubin (CA Bar No. 250761)<br>James S. Tsuei (CA Bar No. 285530) |
| 3 | RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor |
| 4 | Los Angeles, California  90025<br>Telephone: (310) 826-7474 |
| 5 | Facsimile: (310) 826-6991<br>mfenster@raklaw.com |
| 6 | nrubin@raklaw.com<br>jtsuei@raklaw.com |

Attorneys for Plaintiff
Corephotonics, Ltd.

**COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

# CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on November 20, 2023, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/*Marc Fenster*

**COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**