RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>　　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (Lead)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF COREPHOTONICS, LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL:**<br><br>(1) PORTIONS OF ITS OPPOSITION TO APPLE INC.'S MOTION TO AMEND ANSWER;<br>(2) PORTIONS OF DECLARATION OF BRIAN D. LEDAHL IN SUPPORT OF ITS OPPOSITION TO APPLE INC.'S MOTION TO AMEND ANSWER; and<br>(3) ENTIRETY OF EXHIBIT 1 TO DECLARATION OF BRIAN D. LEDAHL IN SUPPORT OF ITS OPPOSITION TO APPLE INC.'S MOTION TO AMEND ANSWER |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff has filed an Administrative Motion to File Under Seal portions of its Opposition to Apple's Motion to Amend Answer, namely:

1. Highlighted portions of Corephotonics' Opposition to Apple's Motion to Amend Answer;
2. Highlighted portions of Declaration of Brian D. Ledahl in Support of Corephotonics' Opposition to Apple's Motion to Amend Answer; and
3. Entirety of Exhibit 1 to Declaration of Brian D. Ledahl in Support of Corephotonics' Opposition to Apple's Motion to Amend Answer.

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court GRANTS the Administrative Motion to File Under Seal.

It is hereby Ordered that the (1) highlighted portions of Corephotonics' Opposition to Apple's Motion to Amend Answer; (2) highlighted portions of Declaration of Brian D. Ledahl; and (3) entirety of Exhibit 1 be filed under seal.

IT IS SO ORDERED.

Dated:_____                    _____
                                      Hon. James Donato
                                      United States District Judge