# EXHIBIT M
# FILED UNDER SEAL
# (PUBLIC VERSION)

# Mead, Lowell

| | |
|---|---|
| **From:** | ▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Sent:** | Thursday, November 16, 2023 11:17 PM |
| **To:** | Mead, Lowell |
| **Cc:** | ▉▉▉; z/Apple-Corephotonics |
| **Subject:** | RE: RE: RE: RE: Re: Re Subpoena |

**[External]**

**Privileged and Confidential**

Hi Lowell,

It was a pleasure speaking with you and we thank you for your understanding .

▉▉▉



Legal Counsel (New York)
Legal Affairs Team
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

--------- Original Message ---------

**Sender** : Mead, Lowell <lmead@cooley.com>
**Date**   : 2023-11-17 12:52 (GMT+9)
**Title**  : RE: RE: RE: Re: Re Subpoena

▉▉▉

Thank you for speaking with us regarding these subpoenas.  We understand from our discussion that ▉▉▉ represents that it does not have additional responsive documents or testimony to provide beyond the publicly available information regarding  the corporate relationships between ▉▉▉ and SEC.  Please let us know if otherwise.  Based on that representation, to ease the burden on ▉▉▉, ▉▉▉ does not need to provide any further response to the subpoenas.  Thank you for your time and cooperation  on this matter.

Best,

Lowell

**Lowell D. Mead**
Cooley LLP

1

Mobile: (650) 520-0788
Office direct: (650) 843-5734

---

**From:** ███████
**Sent:** Monday, November 13, 2023 9:02 PM
**To:** Mead, Lowell <lmead@cooley.com>
**Cc:** ███████ z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Subject:** RE: RE: RE: Re: Re Subpoena

**[External]**

**Privileged and Confidential**

Hi Lowell,

Hakyung and I are available at 9:30 KST (4:30 PM PT) tomorrow.

Best,

███

███████
Legal Counsel (New York)
Legal Affairs Team
███████

--------- Original Message ---------
**Sender** : Mead, Lowell <lmead@cooley.com>
**Date** : 2023-11-14 12:50 (GMT+9)
**Title** : RE: RE: Re: Re Subpoena

Hi ███,

Would you be available for another brief call at 4:30pm Pacific time or later tomorrow?

Best,

Lowell

**Lowell D. Mead**
Cooley LLP

2

Mobile: (650) 520-0788

Office direct: (650) 843-5734

---

**From:** Mead, Lowell <lmead@cooley.com>
**Sent:** Monday, November 6, 2023 7:26 PM
**To:** ███
**Cc:** ███ >; z/Apple-Corephotonics <zAppleCorephotonics@cooley.com>
**Subject:** RE: RE: Re: Re Subpoena

Dear ███,

Thank you for discussing Apple's subpoena requests today.  For your review, attached and excerpted below are some examples of publicly available documents regarding the relationships between Samsung Electronics Co. Ltd. ("SEC") and ███  If you could please be prepared to address these in our call tomorrow, we would appreciate it.

In the SEC 2020 Report, SEC is identified as "an affiliate of the Samsung Group as defined under Korea's Monopoly Regulation and Fair Trade Act" (pg. 6.) The SEC 2020 Report also identifies SEC and ███ as listed domestic affiliates  of the Samsung Group, an "affiliated group" of companies (pg. 6 and pg. 226). Attached and available here:  https://images.samsung.com/is/content/samsung/assets/global/ir/docs/2020_Business_Report.pdf

An English translation of Korea's Monopoly Regulation and Fair Trade Act provides that (a) the term "affiliate" means "where two or more companies belong to the same business group, each company is called an  affiliate of the others" and (b) the term "business  group" means "a group of companies the business of which is substantially controlled by the same person," where the "person" may be a company or not a company.  Available here:  https://elaw.klri.re.kr/eng_mobile/viewer.do?hseq=41658&type=part&key=19

In the ███ identifies SEC as a "related party" and a company "with significant influence" on ███  Attached and available here: https://www.███/resources/file/global/ir/shareholders/2022_Audit_Report.pdf

Best regards,

Lowell

**Lowell D. Mead**
Cooley LLP
Mobile: (650) 520-0788
Office direct: (650) 843-5734

---

**From:** ███
**Sent:** Monday, November 6, 2023 4:03 PM
**To:** Mead, Lowell <lmead@cooley.com>
**Cc:** ███
**Subject:** RE: RE: Re: Re Subpoena

**[External]**

3

**Privileged and Confidential**

Great, let's talk in a bit.

▮

Legal Counsel (New York)
Legal Affairs Team

▮

--------- Original Message ---------

**Sender** : Mead, Lowell <lmead@cooley.com>
**Date**    : 2023-11-07 09:02 (GMT+9)
**Title**   : RE: Re: Re Subpoena

Hi ▮

Thanks – yes, that works for me (so that's about 30 minutes from now, after our recent daylight-savings shift).

Thanks,

Lowell

**Lowell D. Mead**
Cooley LLP
Mobile: (650) 520-0788
Office direct: (650) 843-5734

---

**From:** ▮
**Sent:** Monday, November 6, 2023 3:50 PM
**To:** Mead, Lowell <lmead@cooley.com>
**Cc:** ▮
**Subject:** RE: Re: Re Subpoena

**[External]**

**Privileged and Confidential**

Hi Lowell,

Sounds good. Can I call you today at 4:30 pm pacific time?

4

Best,

███

███████████
Legal Counsel (New York)
Legal Affairs Team
████████████████████

--------- **Original Message** ---------

**Sender** : Mead, Lowell <lmead@cooley.com>
**Date**   : 2023-11-06 15:43 (GMT+9)
**Title**  : Re: Re Subpoena

Dear ███,

I would be happy to discuss with you. I can be generally available Monday afternoon and evening Pacific time at your convenience. Please let me know a convenient time. I can be reached at either my office or mobile number (both route to my mobile phone).

Best,

Lowell

Lowell Mead
Office 650 843 5734
Mobile 650 520 0788

On Nov 5, 2023, at 9:04 PM, ████████████████████████████████████ > wrote:

**[External]**

**Privileged and Confidential**

Dear Lowell,

My name is ▇▇▇▇▇ and I am a legal counsel of ▇▇▇▇▇ headquarter.
I received an email from our US subsidiary, ▇▇▇▇▇ regarding the subpoena you sent ▇.

I would like to have a phone call with you regarding this matter.
Please let me know of your earliest availability and the number I can reach you.

Best,

▇

▇▇▇▇▇
Legal Counsel (New York)
Legal Affairs Team
▇▇▇▇▇

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender   by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender   by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender  by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender  by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.