RUSS, AUGUST & KABAT

1
2
3
4
5
6
7

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

8
9

Attorneys for Plaintiff
COREPHOTONICS, LTD.

10

Additional Counsel Listed On Signature Page

11
12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14
15
16
17
18
19
20

COREPHOTONICS, LTD.

                Plaintiff,

vs.

APPLE INC.

                Defendant.

Case No. 3:17-cv-06457-JD (Lead Case)
Case No. 3:18-cv-02555-JD

**JOINT STIPULATION AND
[PROPOSED] ORDER TO CONTINUE
HEARING ON APPLE'S MOTION TO
AMEND ANSWER (DKT. # 192)**

21
22
23
24
25
26
27
28

**JOINT STIPULATION TO CONTINUE HEARING**

WHEREAS, Apple's Motion for Leave to Amend its Answer is currently set for hearing on December 14, 2023;

WHEREAS, counsel for Corephotonics has had a scheduling conflict arise for a hearing on that date; and

WHEREAS, both parties are available for hearing on December 21, and agree to continue the hearing on Apple's motion to that date;

NOW THEREFORE, the parties, by and through their respective counsel of record hereby stipulate as follows, subject to the approval of the Court:

1.  To the extent the Court intends to hold a hearing on Apple's motion, the parties stipulate to continue that hearing to December 21, 2023 at 10:00 a.m.

So Stipulated.

DATED:  December 11, 2023                    RUSS AUGUST & KABAT

                                             By: */s/ Brian D. Ledahl*
                                             Marc A. Fenster (CA Bar No. 181067)
                                             Brian D. Ledahl (CA Bar No. 186579)
                                             Neil A. Rubin (CA Bar No. 250761)
                                             James S. Tsuei (CA Bar No. 285530)
                                             RUSS AUGUST & KABAT
                                             12424 Wilshire Boulevard, 12th Floor
                                             Los Angeles, California  90025
                                             Telephone: (310) 826-7474
                                             Facsimile: (310) 826-6991
                                             mfenster@raklaw.com
                                             bwang@raklaw.com
                                             nrubin@raklaw.com
                                             jtsuei@raklaw.com

                                             Attorneys for Plaintiff
                                             Corephotonics, Ltd.

                                             COOLEY LLP

                                             By: */s/ Heidi L. Keefe*
                                             HEIDI KEEFE (178960)
                                             (hkeefe@cooley.com)
                                             LOWELL MEAD (223989)
                                             (lmead@cooley.com)
                                             PRIYA B. VISWANATH (238089)
                                             (pviswanath@cooley.com)
                                             3175 Hanover Street
                                             Palo Alto, CA  94304
                                             Telephone:    (650) 843-5000
                                             Facsimile:    (650) 849-7400

RUSS, AUGUST & KABAT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Defendant Apple Inc.

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: */s/ Brian D. Ledahl*
Brian D. Ledahl (186579)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 11, 2023          By: _____
Hon. James Donato
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUSS, AUGUST & KABAT

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on December 11, 2023 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Brian D. Ledahl*

**JOINT STIPULATION TO CONTINUE HEARING**