1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD.<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC.<br><br>　　　　　　Defendant. | Case No. 3:17-cv-06457-JD (lead case)<br>Case No. 5:18-cv-02555-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Case No. 3:17-cv-06457-JD (lead case)　　　　　　　　　　　　[PROPOSED] ORDER RE ADMIN. MOTION TO SEAL
Case No. 5:18-cv-02555-JD

Pursuant to Civil L.R. 7-11 and 79-5, Defendant has filed an Administrative Motion to File Under Seal certain documents.

Having considered all filed paperwork, and finding [compelling reasons / good cause] to support sealing, the Court GRANTS the Administrative Motion to File Under Seal. The following portions may be redacted and sealed.

| Item # | Materials Sought to be Sealed | Sealing Request | Order |
|---|---|---|---|
| 1 | FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT - Case No. 3:17-cv-06457-JD:<br>• page 14, lines 12-13<br>• pages 14-15, lines 21-14<br>• page 15, lines 16, 21, 22, 23-24, 28<br>• page 16, lines 1-2, 3-7, 8, 10-11, 16, 26-27 | Narrowly tailored portions of First Amended Answer describing highly confidential terms and the confidential identity of signatories to the agreement. (*See* Mead Decl., ¶¶ 1-5.) | |
| 2 | FIRST AMENDED ANSWER TO COMPLAINT FOR PATENT INFRINGEMENT - Case No. 5:18-cv-02555-JD:<br>• page 11, lines 6-7, 15-28<br>• page 12, lines 1-8, 10, 15-18, 22-28<br>• page 13, lines 1-2, 4-5, 10, 20-21 | Narrowly tailored portions of First Amended Answer describing highly confidential terms and the confidential identity of signatories to the agreement (*See* Mead Decl., ¶¶ 1-5.) | |

**IT IS SO ORDERED.**

Dated:

Hon. James Donato
United States District Court Judge